IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON J. HYATT,

    Plaintiff,

  v.

Case No. 18-cv-319-wmc

SCOTT WALKER, JON E. LITSCHER,
CATHY JESS, JIM SCHWOCHERT,
MARK CLEMENTS, WENDY MONFILS,
BRIAN FOSTER, N. KAMPHUIS,
G. LOOMANS, M. HILLE, AND T. MOON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 5/14/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |