UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

Jason J. Hyatt,
    Plaintiff,

v.                                Case No. 18-cv-319-wmc

Scott Walker, et al.,
    Defendants.

---

## Notice of Appeal

---

Notice is hereby given that Jason J. Hyatt, pro se plaintiff in the above referenced matter, seeks to appeal an order and judgment to dismiss to the U.S. Court of Appeals for the 7th Circuit. The judgment entered May 14th, 2019, was dismissed for failure to state a claim upon which relief can be granted in federal court; and incurred a strike as a result.

Signed:                                    Dated: 5/21/19

Jason J. Hyatt 372470        May 21st, 2019
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963